

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00088-CV

_____

MONIQUE SAULS AND ALL OCCUPANTS, Appellants

V.

TRAILS AT VINTAGE CREEK, Appellee

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-18-000662

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The final judgment from which Monique Sauls attempts to appeal was signed by the trial court on April 19, 2018. Sauls timely filed a motion for new trial on May 17, 2018, thereby extending the deadline for filing her notice of appeal to July 18, 2018—ninety days from the date the judgment was signed. *See* TEX. R. CIV. P. 329b(a); TEX. R. APP. P. 26.1(a). Sauls' notice of appeal was filed on September 10, 2018.[1] Thus, Sauls failed to perfect her appeal by filing a notice of appeal within ninety days of the date the judgment being appealed was signed. *See* TEX. R. APP. P. 26.1(a)(1).

By letter dated October 17, 2018, we informed Sauls of this potential defect in our jurisdiction and afforded her the opportunity to demonstrate, on or before November 1, 2018, how we have jurisdiction over this appeal. Sauls did not file a response to our letter.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted:     November 20, 2018
Date Decided:       November 21, 2018

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2